## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **TERRY SMITH,** | ) | Case No.: 3:23-cv-516-DJH |
| | ) | |
| **Plaintiff,** | ) | Judge David J. Hale |
| | ) | |
| v. | ) | |
| | ) | |
| **NORTON HOSPITALS, INC.,** | ) | NOTICE OF REMOVAL |
| | ) | |
| **Defendant.** | ) | |

Defendant Norton Hospitals, Inc. ("Defendant"), by and through undersigned counsel, files its Notice of Removal of Civil Action to the United States District Court for the Western District of Kentucky at Louisville. This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

As grounds for this removal, Defendant states as follows:

1. On or about August 28, 2023, Plaintiff Terry Smith ("Plaintiff") filed a Complaint in the Jefferson Circuit Court in Jefferson County, Kentucky, captioned *Terry Smith v. Norton Hospitals, Inc.*, bearing case number 23-CI-005196.

2. Defendant was served with the Summons on September 13, 2023. The Complaint and Summons are attached as Exhibit A. These are the only pleadings, process, and/or orders that have been filed in this action to date.

3. Defendant has filed this Notice of Removal within thirty (30) days after the Complaint was filed in the state court. Accordingly, this Notice is timely filed in compliance with 28 U.S.C. §1446(b).

4. This action is being removed based on federal question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367.

5. The Complaint establishes that there is a federal question. Plaintiff alleges violations of federal law, including Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e, *et seq)*. Therefore, this Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

6. The Court may exercise supplemental jurisdiction over the remaining claims, pursuant to 28 U.S.C. § 1367(a) because these claims are so related to the federal claims that they form part of the same case or controversy. The Complaint asserts that the underlying facts are common to all counts.

7. Venue is proper in the Western District of Kentucky because it is the district court for the judicial district and division embracing Jefferson County, Kentucky, where the state court action is pending. 28 U.S.C. § 1441(a). Moreover, venue is proper in the Western District of Kentucky because the actions complained of in Plaintiff's Complaint allegedly occurred in this district and additionally because Defendant resides in this district. Plaintiff initiated this action in Jefferson County.

8. A copy of this Notice of Removal is being served by U.S. Mail on counsel for Plaintiff, and a Notice of Filing Notice of Removal is being filed with the Jefferson Circuit Court in accordance with 28 U.S.C. § 1446. A copy of the Notice of Filing is attached as Exhibit B.

9. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted or that Plaintiff's claims can be processed in any court.

10. Defendant has paid or will pay the filing fees prescribed by this Court's rules, if any.

**WHEREFORE**, Defendant Norton Hospitals, Inc. removes the above-entitled action now pending against it in the Jefferson County Circuit Court in Jefferson County, Kentucky to this

Court. Defendant respectfully requests that this action be placed upon the docket of this Court for further proceedings, as if this case had been originally instituted in this Court.

    Respectfully submitted,

*/s/ Ryan M Martin*
Ryan M. Martin (KY Bar #92619)
Adair M. Smith (KY Bar #98356)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 898-0050
Facsimile: (513) 898-0051
Email: ryan.martin@jacksonlewis.com
Email: adair.smith@jacksonlewis.com

*Counsel for Defendant, Norton Hospitals, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of October, 2023, a true and accurate copy of the foregoing Notice of Removal was filed with the Court via the Court's CM/ECF system, and was also served by regular U.S. Mail upon the following:

W. Edward Skees  
THE SKEES LAW OFFICE  
415 W. First Street  
New Albany, IN 47150  
Phone: (812) 944-9990  
Fax: (812) 944-8033  
Email: ed@skeeslaw.com

                                                                              */s/ Ryan M. Martin*  
                                                                              Ryan M. Martin

4891-3550-7069, v. 1